IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 0 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| HENNESSEY HUNT, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:05-CV-0021 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner HENNESSEY HUNT, on July 22, 2005, filed with this Court an application to proceed *in forma pauperis* on appeal. On the same date, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the application be denied because petitioner HUNT had sufficient funds to pay the applicable appellate filing fee. Petitioner HUNT has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner has sufficient funds with which to pay the filing fee on appeal. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application to proceed *in forma pauperis* on appeal filed by petitioner July 22, 2005 is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _10th_ day of _August_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE